UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELANIE SANFORD,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

Case No. 25-12147
Honorable Elizabeth A. Stafford

## JUDGMENT

In accordance with the Opinion and Order entered on June 8, 2026, it is hereby **ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment is **DENIED**; (2) Defendant's Motion for Summary Judgment is **GRANTED**; and (3) the ALJ's decision is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

   **IT IS SO ORDERED**.

Dated: June 8, 2026

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge